IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SUNTECK/TTS INTEGRATION LLC, | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:23-cv-282-K |
| SUNTECK TRANSPORTATION INC, | § § § § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated January 22, 2024 on Defendant's Motion for Default Judgment [Dkt. No. 12], the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

The Court grants in part and denies in part Sunteck TTS's motion for default judgment. The Court grants default judgment as to the claims for federal trademark infringement, common law trademark infringement, and common law unfair competition,

-1-

and denies default judgment as to the claim for injury to business reputation or trademark. The Court grants the permanent injunction.

This case is re-referred to U.S. Magistrate Judge David Horan hold a hearing to determine the appropriate amount of damages, and then U.S. Magistrate Judge David Horan will make a recommendation to the Court as to damages and, based on Sunteck TTS's supplemental submissions, attorneys' fees and costs.

**SO ORDERED.**

**Signed February 14th, 2024.**

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE