UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SUNTECK/TTS INTEGRATION, LLC, § § § § *Plaintiff,* § § v. § § SUNTECK TRANSPORTATION, INC., § § § *Defendant.* § | CIVIL ACTION NO. 3:23-cv-00282-K |

**FINAL DEFAULT JUDGMENT
AND PERMANENT INJUNCTION**

Pursuant to the Order granting default judgment entered on February 14, 2024 (ECF No. 19), it is hereby ORDERED and ADJUDGED that:

Defendant Sunteck Transportation, Inc. is liable to Plaintiff Sunteck/TTS Integration, LLC's ("Plaintiff") for federal trademark infringement, common law trademark infringement, and common law unfair competition.

To the extent permitted by Federal Rule of Civil Procedure 65(d), Defendant Sunteck Transportation, Inc. and each of its owners, partners, officers, directors, agents, privies, shareholders, representatives, principals, licensees, attorneys, servants, employees, affiliates, subsidiaries, successors and assigns, and all others acting in active concert or participation with any of them, are permanently ENJOINED and restrained from, directly or indirectly,

(A) manufacturing, distributing, marketing, promoting, offering or selling any transportation or logistics or related goods or services under or in connection with, or otherwise using in any manner, or applying for registration of, any trade name, trademark, service mark or domain name incorporating, in whole or in part, the designation "SUNTECK" or any confusingly similar designation;

(B) destroying, hiding, dissipating or altering any documents or information, including electronic records, that relate in any way to this lawsuit, Plaintiff or Plaintiff's customers; and

(C) assisting, aiding, or abetting any other person or entity in engaging in any of the activities identified in (A) or (B) above.

This Court will retain jurisdiction over this action for the purpose of implementing and enforcing this Permanent Injunction.

The Clerk of the Court is directed to close the case.

**SO ORDERED.**

Signed March 6th, 2024.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE